IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IN RE DON EDMONDSON, as the Owner
of a 1998 War Eagle Fishing Boat,
HIN MTW06308J798                                    No. 2:22-cv-1-DPM

## ORDER

1.      Don Edmondson, in July 2021, left his boat for repairs at
Kings Outboard and ATVs, LLC in Carlisle.  Soon after, the company's
owner, James King, took the boat out on the White River near DeValls
Bluff where it collided with another boat.  Two people, Ashton Weems
and Byron Burrow, died as a result of the collision.  The pilot of the
other boat, Joseph Stevens, was injured.  Edmondson is unsure about
his liability and seeks to limit it in this admiralty action.  He alleges that
the accident happened on a navigable interstate waterway and without
his privity or knowledge.  No claimant or potential claimant has yet
given Edmondson written notice of a claim.  Having deposited security
and security for costs, Edmondson asks the Court for an injunction and
notice to potential claimants.  46 U.S.C. § 30511; FED. R. CIV. P. SUPP. R.
F(4).

2.      Edmondson is entitled to the relief sought.  *Valley Line Co. v.
Ryan*, 771 F.2d 366, 369 (8th Cir. 1985).  The merits of Edmondson's
complaint will be fleshed out if and when a claimant comes forward in
this action to contest them.  *In re Dammers & Vanderheide & Scheepvaart*

*Maats Christina B.V.*, 836 F.2d 750, 754–55 (2d Cir. 1988). Any questions of fact or law can be addressed by the claimants, if any, in their pleadings and motions.

**3.** This action will be the sole forum for any claimant with claims against Edmondson, or his boat, arising out of or in connection with the 3 July 2021 collision on the White River. 46 U.S.C. § 30511(c); FED. R. CIV. P. SUPP. R. F(3). The commencement or prosecution of any other action is enjoined, stayed, and restrained.

**4.** Edmondson must arrange for the publication of a copy of the attached notice in the *Arkansas Democrat-Gazette* for four consecutive weeks, starting on 10 April 2022. He must also make a diligent effort to determine the last known addresses of Ashton Weems, Byron Burrow, and Joseph Stevens and mail a copy of this Order and the notice to those addresses not later than the day of the second publication. He must do the same for any person, firm, or corporation known to have a claim against him or his boat arising from the 3 July 2021 voyage.

\*     \*     \*

Edmondson's motion, *Doc. 4*, is granted. Status report confirming publication of the notice and mailing of this Order and the notice due by 13 May 2022. The Court directs the Clerk to deposit Edmondson's security and security for costs into the registry of the Court. The Court also directs the Clerk to issue the notice.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_7 April 2022_

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IN RE DON EDMONDSON, as the Owner
of a 1998 War Eagle Fishing Boat,
HIN MTW06308J798                                    No. 2:22-cv-1-DPM

NOTICE TO CLAIMANTS OF COMPLAINT
FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY

Don Edmondson, as owner of a 1998 War Eagle Fishing Boat, HIN MTW06308J798, filed a complaint pursuant to 46 U.S.C. §§ 30501–30512.  The complaint seeks to avoid or limit liability for loss, damage, or injury arising from a 3 July 2021 boat collision on the White River near DeValls Bluff, Arkansas.  Mr. Edmondson filed his complaint in the U.S. District Court for the Eastern District of Arkansas, and the case number is 2:22-cv-1-DPM.  All other suits, actions, or proceedings against Mr. Edmondson, or his boat, arising out of or in connection with the 3 July 2021 collision are enjoined.

All persons having claims must file them, consistent with Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court.  All claims must be filed by 31 May 2022, unless a person shows good cause for extending the deadline.  A copy of any claim must also be mailed to Mr. Edmondson's lawyer, J. Barrett Deacon, at Mayer LLP, 2434 E. Joyce Boulevard, Suite 6, Fayetteville,

Arkansas 72703.  Failure to file a claim by the deadline may result in a loss of claim.

If any claimant wants to contest Mr. Edmondson's right to avoid liability or to limit liability, then the claimant must also file with the Court, and serve on Mr. Edmondson's lawyer, an answer to the complaint.  An answer may also be included as part of a claim.  Any answer, whether filed separately or included as part of a claim, must be filed with the Clerk of this Court and served on Mr. Edmondson's lawyer by 31 May 2022, unless a person shows good cause for extending the deadline.  Failure to file an answer by the deadline may result in a loss of the right to oppose the relief sought in the complaint.

_____

TAMMY H. DOWNS
Clerk of Court
United States District Court
Eastern District of Arkansas

_____