IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IN RE DON EDMONDSON, as the Owner
of a 1998 War Eagle Fishing Boat,
HIN MTW06308J798                                   No. 2:22-cv-1-DPM

## ORDER

The Court appreciates counsel's caution in waiting three additional weeks for potential claimants to appear. The notice of compliance with Supplemental Rule F(4), *Doc. 7*, is noted. The stipulation for value, *Doc. 2*, and stipulation for costs, *Doc. 3*, are discharged. The Clerk reports that she did not receive Edmondson's payment of the stipulation for value. That error is harmless in the circumstances, and the defect is not jurisdictional. *Black Diamond S.S. Corp. v. Robert Stewart & Sons*, 336 U.S. 386, 395 (1949). The Court finds that the other requirements for a Default Judgment of exoneration against all potential claimants have been met. The motion, *Doc. 10*, is therefore granted. The Court directs the Clerk to refund the stipulation for costs—totaling $1,000—to Edmondson's lawyer. Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2022