IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IN RE DON EDMONDSON, as the Owner
of a 1998 War Eagle Fishing Boat,
HIN MTW06308J798             No. 2:22-cv-1-DPM

## JUDGMENT

The Court enters Default Judgment of exoneration in favor of Don Edmondson and his vessel and against all potential claimants.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2022